No. 85–1352. FLORIDA FRUIT & VEGETABLE ASSN. ET AL. *v.* BROCK, SECRETARY OF LABOR, ET AL. C. A. 11th Cir. Motion of Ramirez, Ruiz, and Carrizalez for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–6376. ANDRADE *v.* TEXAS. Ct. Crim. App. Tex.; and
No. 85–6439. WISE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. Reported below: No. 85–6376, 700 S. W. 2d 585; No. 85–6439, 230 Va. 322, 337 S. E. 2d 715.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–659. HOPFMANN *v.* UNITED STATES FEDERAL ELECTION COMMISSION ET AL., 474 U. S. 1038;
No. 85–5277. O'DRISCOLL *v.* UNITED STATES, *ante,* p. 1020;
No. 85–5415. ROBERTS *v.* RUTGERS STATE UNIVERSITY OF NEW JERSEY ET AL., 474 U. S. 952;
No. 85–5967. DRYDEN *v.* SAFECO INSURANCE COMPANY OF AMERICA, *ante,* p. 1049;
No. 85–6040. RICHARDS ET UX. *v.* SWINEBROAD & DENTON AUCTIONEERS ET AL., *ante,* p. 1026; and
No. 85–6099. RODMAN *v.* TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE, ET AL., *ante,* p. 1028. Petitions for rehearing denied.

No. 85–429. EXXON CORP. *v.* UNITED STATES ET AL., 474 U. S. 1105. Motion for leave to file petition for rehearing denied. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 85–5835. IN RE PATRASCU, 474 U. S. 1100. Motion for leave to file petition for rehearing denied.

APRIL 11, 1986

No. 85–6679 (A–762). THOMAS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Appli-